IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHERYL A. JONES,
    Plaintiff,

v.                           Case No. 2:06-CV-865
                                JUDGE EDMUND A. SARGUS, JR.
                                Magistrate Judge Norah McCann King

STATE OF OHIO DEPARTMENT
OF INSURANCE,
    Defendant.

## ORDER

The Court conducted a Telephone Status Conference in this case on April 11, 2008. The Plaintiff's oral request for a continuance of the current discovery deadline is granted. The discovery deadline is extended to **June 16, 2008**. Motions for summary judgment shall be filed by **August 18, 2008**. The current Order Setting Trial Date (**Doc. #19**) is **VACATED except** that the Settlement Conference on September 30, 2008 at 11:00 a.m. shall remain.

The Deputy Clerk shall issue an Amended Order Setting Trial Date based on the foregoing extensions.

IT IS SO ORDERED.

4-11-2008
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE